# STEPHEN E. KLAUSNER, ESQ., LLC

## ATTORNEY AT LAW

○Member NJ and NY Bars

SOMERVILLE OFFICE:
 63 East High Street
 P.O. Box 1012
 Somerville, NJ 08876
 (908) 685-1552
 (908) 526-8233 (facsimile)

NEW YORK OFFICE:
189 East 163d Street
Bronx, NY   10451
(800)394-1552

December 3, 2008

REPLY TO SOMERVILLE OFFICE

**VIA ECF FILING**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
MLK Jr. Federal Building & Courthouse
50 Walnut Street, Room 5054
Newark, New Jersey 07102

     Re:  Aurelio v. Board of Education of
          Borough of Carteret, et al
          Docket No. 06-3146(JLL)

Dear Judge Linares:

    I am kindly requesting a two week extension to file my brief in this matter. I have contacted Peter H. Spaeth, Esq., attorney for the Board of Education who has graciously consented to my request.

    I thank the Court for its courtesies.

                    Respectfully submitted,

                    *Stephen E. Klausner*
                    Stephen E. Klausner

SEK:slo
cc:  Peter Spaeth, Esq. (via facsimile only 732/223-5519)

*Two week extension granted. Opposition brief is now due December 15, 2008. Reply due December 22, 2008. No further extensions will be granted.*

**s/ JOSE L. LINARES, USDJ**